**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.: 09−33535−RTL
                      Chapter:  7
                      Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher J Ermi
   33 6th Avenue
   Hamilton, NJ 08619

Social Security No.:
   xxx−xx−4909

Employer's Tax I.D. No.:

---

**NOTICE OF PROPOSED ABANDONMENT**

     Peggy E. Stalford, Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than December 28, 2009.
     In the event an objection is timely filed, a hearing will be held before the Honorable Raymond T. Lyons Jr. on

DATE:                 January 4, 2010
TIME:                 10:00 AM
COURTROOM:    8

     If no objection is filed with the Clerk and served upon the Trustee on or before December 28, 2009, the abandonment will take effect on the fifth day following the last day to file objections.

---

The description of the property to be abandoned is as follows:
Trustee abandons her 1/2 interest in the following property:
33 6th avenue
Hamilton, NJ
$212,000.00

2008 Harley Davidson
$8,500.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Wells Fargo
$246,706.00

Harley Davidson Credit
$8,856.00

The amount of equity claimed as exempt by the debtor is:

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Peggy E. Stalford
100 Main St.
Allenhurst, NJ 07711
(732) 531–0700

    or the trustee's attorney (if applicable) at:

Dated: December 8, 2009
JJW:

                                                                                James J. Waldron
                                                                                Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: mfoglema              Page 1 of 1          Date Rcvd: Dec 08, 2009
Case: 09-33535                Form ID: 154                Total Noticed: 17

The following entities were noticed by first class mail on Dec 10, 2009.
db           +Christopher J Ermi,   33 6th Avenue,   Hamilton, NJ 08619-3220
smg           U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
510002289    +Bureau of Collection Recovery,   Re: Chase,   PO Box 9001,   Minnetonka, MN 55345-9001
510002290    +Chase Bank USA,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
510002291    +Dell,   PO Box 4125,   Carol Stream, IL 60197-4125
510002294    +GMAC,   3104 Unionville Road,   Ste 200,   Cranberry Twp, PA 16066-3417
510022402    +Harley Davidson Credit Corp.,   PO BOX 829009,   Dallas, TX 75382-9009
510002296    +Penncro Associates,   Re: GEMB/Old Navy,   95 James Way,   Suite 113,
               Southampton, PA 18966-3847
510002297    +Target,   3701 Wayzata Blvd,   #2CF,   Minneapolis, MN 55416-3401
510002298    +United Recovery Systems,   Re: Dell,   PO Box 722929,   Houston, TX 77272-2929
510002299    +Wells Fargo,   PO Box 1225,   Charlotte, NC 28201-1225
510002300    +William Brewer, Esq.,   Re: American General; DC 7960-09,   1217 S Shore Road,   PO Box 1001,
               Marmora, NJ 08223-5001

The following entities were noticed by electronic transmission on Dec 08, 2009.
510002288    +E-mail/PDF: CBP@AGFINANCE.COM Dec 08 2009 23:42:09      American General Finance,   PO Box 742536,
               Cincinnati, OH 45274-2536
510002292    +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2009 23:43:29      GEMB,   PO Box 981400,
               El Paso, TX 79998-1400
510002293    +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2009 23:43:29      GEMB/Old Navy,   PO Box 981400,
               El Paso, TX 79998-1400
510002295    +E-mail/Text: bankruptcy.notices@hdfsi.com                      Harley Davidson Credit,
               PO Box 22048,   Carson City, NV 89721-2048
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2009**          **Signature:**    *Joseph Speetjens*